## File Hashes for IP Address 68.48.57.28

**ISP:** Comcast Cable
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/25/2013 05:48:49 | B535394D9F0AD57C6E03068BB3CF9D9234E4C960 | Another Night |
| 04/25/2013 04:34:45 | 2AE29A600628FBCB8E983388EF0FC470D0B40D7D | Bottoms Up |
| 04/10/2013 10:40:47 | 5D5C3B07F981E8C5D3790452BAD6A29E898E5D0E | Stay With Me |
| 04/07/2013 22:44:17 | D54300AD2CF7EC10BC5E43C42D6064E1D92EEAB4 | Unbelievably Beautiful |
| 03/21/2013 00:47:28 | C8FF0FAC964E7D04C859B221D233600964DE21DB | Spilled Milk |
| 03/05/2013 10:39:27 | 10547D5C04C58403560EDCB9A39F905E6F957199 | Sacred Romance |
| 01/21/2013 08:29:38 | 39769BA0D594D2A9472C112203F5E9BB87E301D6 | Then They Were Three |
| 12/22/2012 19:13:02 | FD62D948BDBADCC843668FAAF25FCB227A804D99 | Heart and Soul |
| 12/20/2012 11:23:36 | 501FA5733E74A5CA44964D238B79B80E309D32BC | A Day to Remember |
| 12/17/2012 06:37:19 | 5EDF14B202FD7ACF5FCD05B19B5AF531938CF712 | California Dreams |
| 12/16/2012 17:04:43 | 87C5D69B412CA4C7160CC4541F66CE28018B2E29 | Vacation Fantasy |
| 12/13/2012 14:20:35 | 9CA481711F4532C0AC8CBFD3BA22A74D1EF205E2 | Romantic Memories |
| 12/13/2012 06:09:34 | 1701B1E43426C7F620F068A40CF0380F02641436 | Lovers in Paradise |
| 12/07/2012 15:41:34 | 1DE0FA5F65D48F7864F0C9F56AC1A6F26C70DBC4 | Formidable Beauty |
| 10/12/2012 21:24:58 | 984E68B212B80E6BDF7455A42C9C8EC4CF5F3636 | Morning Memories |
| 07/17/2012 17:12:20 | AC3911D3F8C9B999D93812751A30816B312E6F5A | Angel Seaside Romp |
| 07/13/2012 10:22:24 | B32B62EE021B86E0CA34F8FF276188B9092D6F2E | Angel Afternoon Delight |

**Total Statutory Claims Against Defendant: 17**

EXHIBIT A

DC56