**Copyrights-In-Suit for IP Address 68.48.57.28**

**ISP:** Comcast Cable
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Day to Remember | PA0001811850 | 10/22/2012 | 10/26/2012 | 12/20/2012 |
| Angel Afternoon Delight | PA0001776835 | 02/20/2012 | 02/21/2012 | 07/13/2012 |
| Angel Seaside Romp | PA0001771528 | 01/04/2012 | 01/06/2012 | 07/17/2012 |
| Another Night | PA0001833359 | 03/13/2013 | 04/12/2013 | 04/25/2013 |
| Bottoms Up | PA0001838596 | 04/13/2013 | 04/28/2013 | 04/25/2013 |
| California Dreams | PA0001780564 | 03/12/2012 | 03/12/2012 | 12/17/2012 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 12/07/2012 |
| Heart and Soul | PA0001815353 | 11/24/2012 | 11/30/2012 | 12/22/2012 |
| Lovers in Paradise | PA0001780463 | 12/30/2011 | 03/10/2012 | 12/13/2012 |
| Morning Memories | PA0001806469 | 09/10/2012 | 09/19/2012 | 10/12/2012 |
| Romantic Memories | PA0001790375 | 05/16/2012 | 05/16/2012 | 12/13/2012 |
| Sacred Romance | PA0001825721 | 02/07/2013 | 02/07/2013 | 03/05/2013 |
| Spilled Milk | PA0001833299 | 03/08/2013 | 04/01/2013 | 03/21/2013 |
| Stay With Me | PA0001780465 | 10/28/2011 | 03/10/2012 | 04/10/2013 |
| Then They Were Three | PA0001817761 | 12/09/2012 | 12/16/2012 | 01/21/2013 |
| Unbelievably Beautiful | PA0001805315 | 08/24/2012 | 09/10/2012 | 04/07/2013 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 12/16/2012 |

**Total Malibu Media, LLC Copyrights Infringed:  17**

EXHIBIT B

DC56